IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01065-EWN-MJW

A. CEMAL ERINGEN,

Plaintiff(s),

v.

ELSEVIER, INC., et al.,

Defendant(s).

## MINUTE ORDER
## RE-SETTING SCHEDULING/PLANNING CONFERENCE

    It is hereby ORDERED that the Unopposed Motion to Vacate and Reschedule the Scheduling/Planning Conference, filed with the Court on July 14, 2006, Docket Number 8, is GRANTED.  The Scheduling Conference set on August 3, 2006, at 9:00 a.m., is VACATED and **RESET on September 5, 2006, at 9:00 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  Counsel shall hold a pre-scheduling conference meeting and prepare a proposed scheduling order ten (10) days prior to the scheduling conference.  Fourteen days after the pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed.R.Civ.P. 26(a)(1) and counsel/pro se parties shall submit a brief confidential settlement statement no later than five (5) business days prior to the Scheduling Conference date.

    It is FURTHER ORDERED that no later than five (5) days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

    The parties should be aware that Judge Nottingham has already set the deadline to file dispositive motions on February 5, 2007.  Accordingly, all discovery shall be complete prior to February 5, 2007 and the parties shall make sure that their proposed Rule 16 Scheduling Order dates are consistent with this timetable.

Date:  July 18, 2006