IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01065-EWN-MJW

A. CEMAL ERINGEN,

Plaintiff(s),

v.

ELSEVIER, INC., et al.,

Defendant(s).

MINUTE ORDER
(DN 27)

It is hereby ORDERED that the Unopposed Motion for Entry of Protective Order (docket no. 27) is GRANTED. The written Protective Order is APPROVED as amended in paragraphs 4, 6, and 9 and made an Order of Court.

Date: October 24, 2006