IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01065-EWN-MJW

A. CEMAL ERINGEN,

Plaintiff(s),

v.

ELSEVIER, INC., et al.,

Defendant(s).

---

MINUTE ORDER
(DN 25)

---

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Complaint and Jury Demand, filed with the Court on October 20, 2006, (DN 25), is GRANTED.

It is FURTHER ORDERED that the Plaintiff shall refile the Amended Complaint and Jury Demand with the Court on or before October 27, 2006.

Date:  October 24, 2006