## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-01065-EWN-MJW         FTR-Courtroom A-502

**Date:**  November 15, 2006                     Ellen E. Miller, Deputy Clerk

A. CEMAL ERINGEN,                                David B. Wilson

               Plaintiff(s),

v.

ELSEVIER INC, and                                Douglas B. Tumminello
ELSEVIER LIMITED,                                William S. Strong (by telephone)

               Defendant(s).

---

### COURTROOM MINUTES / MINUTE ORDER

**PRELIMINARY PRETRIAL CONFERENCE / MOTIONS HEARING**
**Court in session :  8:33 a.m.**
Court calls case.  Appearances of counsel.

Pursuant to D.C.ColoL.CivR. 10.1, it is noted that the proper case number for this action is **06-cv-01065-EWN-MJW.**  Counsel are directed to edit their records accordingly.

The proposed Preliminary Pretrial Order is reviewed.

**It is ORDERED:**    The Preliminary Pretrial Order is approved and shall be filed as amended on the record.

Pending motions are discussed.

**It is ORDERED:**    The parties' STIPULATED MOTION TO VACATE AND RESCHEDULE THE SETTLEMENT CONFERENCE (Docket No. **40,** Filed November 14, 2006) is **GRANTED**  for the reasons set forth on the record.

    The Settlement Conference currently set for December 08, 2006 at 1:30 p.m. is **vacated** and **reset** to **December 18, 2006  at 10:45 a.m.**  Courtroom A-502, Fifth Floor,
Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado

    The parties shall submit a Confidential Settlement Statement to

       Magistrate Judge Watanabe, in PDF format  to
       Watanabe_Chambers@cod.uscourts.gov
       no later than   **December 13, 2006.**

All attorneys, parties and/or representatives with full settlement authority shall be present at the settlement conference.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.  Valid photo identification is required to enter the courthouse.

**It is ORDERED:**  The parties'  STIPULATED MOTION TO EXTEND THE DISCOVERY DEADLINES   (Docket No.  **42,** Filed November 14, 2006) is **GRANTED.**

       The deadline for the close of fact discovery is extended from January 20, 2007   to  **February  05,  2007.**

As all pending motions have been addressed,  ¶ 4, Page 6   is stricken.

**Court in Recess :   8:47 a.m.**
Total In-Court Time 0:14
Hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.