IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01065–EWN–MJW

A. CEMAL ERINGEN,

    Plaintiff,

v.

ELSEVIER, INC., a New York corporation, and
ELSEVIER LIMITED, an English company,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, and the Court, being sufficiently advised,

ORDERS that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 15th day of December, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge